UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COASTAL INDUSTRIES, LLC

VERSUS

ARKEL CONSTRUCTORS, LLC, ET AL.

CIVIL ACTION

NO. 16-480-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated December 1, 2016 (doc. no. 29) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand is GRANTED, and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).

Baton Rouge, Louisiana, this 11th day of January, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA